ELIZABETH KERR, JUSTICE
*601 Having considered Sabre Travel International Ltd.'s petition for permissive interlocutory appeal[2] of the trial court's May 1, 2017 "Amended Order Denying Defendant's Motion to Dismiss," we deny the petition.[3]

See Tex. Civ. Prac. & Rem. Code Ann. § 51.014(d) (West Supp. 2016); see also Tex. R. App. P. 28.3(a), (f), (j) ; Tex. R. Civ. P. 168.

See Tex. Civ. Prac. & Rem. Code Ann. § 51.014(f) ; see also Blakenergy, Ltd. v. Oncor Elec. Delivery Co. , No. 02-14-00241-CV, 2014 WL 4771736, at *1 & n.2 (Tex. App.-Fort Worth Sept. 25, 2014, no pet.) (mem. op.) (stating that courts strictly construe the interlocutory appeals statute).